## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS, EASTERN DIVISION

_____
                                              )
**REBA DANASTORG**                            )
                                              )
      **Plaintiff,**          )
                                              )
    **v.**                               )      **CIVIL ACTION NO: 15-CV-11512**
                                              )
**US BANK NATIONAL ASSOCIATION,** )
**AS TRUSTEE**                                )
                                              )
      **Defendant,**          )
                                              **)**
_____  **)**


## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned matter for Defendant, US Bank National Association as Indenture Trustee of Castle Peak 2011-1 Loan Trust Mortgage Backed Notes, Series 2011-1.

Dated: January 26, 2016

                                         Respectfully submitted,

                                         US Bank National Association as Indenture Trustee of Castle Peak 2011-1 Loan Trust Mortgage Backed Notes, Series 2011-1.

                                       By its attorneys,

                                       */s/ William A. Dorry IV*_____
                                       William A. Dorry IV, BBO #666984
                                       Shapiro Dorry Masterson, LLC
                                       145 Waterman Street
                                       Providence, RI 02906
                                       (401) 455-0002
                                       wdorry@sdmlawgroup.com

**CERTIFICATE OF SERVICE**

I, William A. Dorry IV, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2016.

*/s/ William A. Dorry IV*_____
William A. Dorry IV