**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS, EASTERN DIVISION**

| | |
|---|---|
| REBA DANASTORG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 15-CV-11512 |
| ) | |
| US BANK NATIONAL ASSOCIATION, ) | |
| AS TRUSTEE ) | |
| ) | |
| Defendant, ) | |
| ) | |

## DEFENDANT, US BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE OF CASTLE PEAK 2011-1 LOAN TRUST MORTGAGE BACKED NOTES, SERIES 2011-1' S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The Defendant, US Bank National Association as Indenture Trustee of Castle Peak 2011-1 Loan Trust Mortgage Backed Notes, Series 2011-1, hereby moves to dismiss the Complaint of the Plaintiff, Reba Danastorg. As grounds for its motion, the Defendant states that the Plaintiff has failed to state a claim upon which relief may be granted and for insufficiency of service of process, and therefore dismissal is appropriate pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(5).

As further support for their motion, the Defendant refers to its Memorandum in Support of Motion to Dismiss Complaint, filed herewith.

WHEREFORE, the Defendant moves that all claims in the Complaint be dismissed with prejudice.

Dated: January 27, 2016

Respectfully submitted,

US BANK NATIONAL ASSOCIATION
AS INDENTURE TRUSTEE OF CASTLE
PEAK 2011-1 LOAN TRUST
MORTGAGE BACKED NOTES, SERIES
2011-1.

By its attorneys,

*/s/ William A. Dorry IV*              .
William A. Dorry IV, BBO #666984
Shapiro Dorry Masterson, LLC
145 Waterman Street
Providence, RI 02906
(401) 455-0002
wdorry@sdmlawgroup.com

## CERTIFICATE OF SERVICE

I, William A. Dorry IV, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2016.

*/s/ William A. Dorry IV*_____
William A. Dorry IV